IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROCHELLE ROWANE BORDEAUX
#2289069                                                                    PLAINTIFF

v.                    No. 4:25-cv-326-DPM

STATE OF SOUTH DAKOTA and DOES,
Officers, Judges, Minnehaha* County;
Officers, Pennington Co. Jail                                                DEFENDANTS

LACHARA MARIE BORDEAUX                                                       PLAINTIFF

v.                    No. 4:25-cv-327-DPM

STATE OF SOUTH DAKOTA and DOES,
Officers, Judges, Minnehaha County;
Officers, Pennington Co. Jail                                                DEFENDANTS

RYLEY WARREN BORDEAUX                                                        PLAINTIFF

v.                    No. 4:25-cv-328-DPM

STATE OF SOUTH DAKOTA and DOES,
Officers, Judges, Minnehaha County;
Officers, Pennington Co. Jail                                                DEFENDANTS

---

*The Court directs the Clerk to update the dockets with the correct spelling of the county name.

## ORDER

The plaintiffs submitted these 42 U.S.C. § 1983 cases for filing in this district. From the facts alleged and the Defendants named, venue properly lies in the United States District Court for the District of South Dakota. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring the cases. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case files to the United States District Court for the District of South Dakota. The transfer is immediate because the receiving Court is also in the Eighth Circuit. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 April 2025